PHILLIP R. KAPLAN (Bar No. CA 076949)
Manatt, Phelps & Phillips, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626
Telephone:  (714) 371-2500
Facsimile:  (714) 371-2550
E-mail:  PKaplan@manatt.com

*Attorneys for Defendants*
CU BANCORP, ROBERTO E. BARRAGAN,
CHARLES R. BEAUREGARD, KENNETH J.
COSGROVE, DAVID C. HOLMAN, K. BRIAN
HORTON, ERIC S. KENTOR, JEFFREY
LEITZINGER, DAVID I. RAINER, ROY A.
SALTER, DANIEL F. SELLECK, CHARLES H.
SWEETMAN AND KAVEH VARJAVAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CU BANCORP, ROBERTO E. BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC S. KENTOR, JEFFREY LEITZINGER, DAVID I. RAINER, ROY A. SALTER, DANIEL F. SELLECK, CHARLES H. SWEETMAN, KAVEH VARJAVAND, ERIC S. KENTOR, AND PACWEST BANCORP,<br><br>Defendants. | Case No.  2:17-cv-04353 FMO (AJWx)<br><br>Hon. Fernando M. Olguin<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).**<br><br>Complaint served on Jeffrey Leitzinger: July 6, 2017<br><br>Complaint served on all other Defendants: June 27, 2017<br><br>Current response date for Jeffrey Leitzinger: September 5, 2017<br><br>Current response date for all other Defendants: August 28, 2017<br><br>New response date: September 18, 2017 |

Plaintiff Melvyn Klein ("Plaintiff") and Defendants CU Bancorp, Roberto E.

Barragan, Charles R. Beauregard, Kenneth J. Cosgrove, David C. Holman, K. Brian

1  Horton, Eric S. Kentor, Jeffrey Leitzinger, David I. Rainer, Roy A. Salter, Daniel F.

2  Selleck, Charles H. Sweetman, Kaveh Varjavand and PacWest Bancorp

3  ("Defendants") (collectively the "Parties"), by and through their respective attorneys,

4  hereby stipulate and agree as follows:

5        WHEREAS, Plaintiff filed his complaint ("Complaint") on June 12, 2017;

6        WHEREAS, the Complaint was deemed served on Defendant Jeffrey

7  Leitzinger on July 6, 2017 when Plaintiff sent Defendant Jeffrey Leitzinger a request

8  to waive service of a summons;

9        WHEREAS, the Complaint was deemed served on all other Defendants on

10  June 27, 2017 when Plaintiff sent said Defendants requests to waive service of a

11  summons;

12        WHEREAS, Defendant Jeffrey Leitzinger's response to the Complaint is

13  currently due on September 5, 2017;

14        WHEREAS, all other Defendants' responses to the Complaint are currently

15  due on August 28, 2017;

16        WHEREAS, Defendants CU Bancorp, Roberto E. Barragan, Charles R.

17  Beauregard, Kenneth J. Cosgrove, David C. Holman, K. Brian Horton, Eric S.

18  Kentor, Jeffrey Leitzinger, David I. Rainer, Roy A. Salter, Daniel F. Selleck, Charles

19  H. Sweetman and Kaveh Varjavand have retained the law firm of Manatt, Phelps &

20  Phillips, LLP to represent them in this matter;

21        WHEREAS, Defendant PacWest Bancorp has retained the law firm of

22  Sullivan & Cromwell LLP to represent it in this matter;

23        WHEREAS, Defendants have requested and Plaintiff has agreed to stipulate to

24  extend the respective deadlines for Defendants to respond to the Complaint up to and

25  including September 18, 2017;

26  //

27  //

28  //

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Costa Mesa

2

STIPULATION TO EXTEND TIME
CASE NO.  2:17-CV-04353 FMO (AJWX)

NOW THEREFORE, it is agreed that Defendants shall have an extension of time to respond to the Complaint in this action, making Defendants' responses to the Complaint due on or before September 18, 2017.

Dated:    August 17, 2017          TOSTRUD LAW GROUP, P.C.


By: /s/
Jon A. Tostrud
*Attorneys for Plaintiff*
MELVYN KLEIN, Individually and on Behalf of All Others Similarly Situated

Dated:    August 17, 2017          MANATT, PHELPS & PHILLIPS, LLP


By: /s/
Phillip R. Kaplan
*Attorneys for Defendants*
CU BANCORP, ROBERTO E. BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC S. KENTOR, JEFFREY LEITZINGER, DAVID I. RAINER, ROY A. SALTER, DANIEL F. SELLECK, CHARLES H. SWEETMAN and KAVEH VARJAVAND

Dated:    August 17, 2017          SULLIVAN & CROMWELL LLP

By: /s/
Adam S. Paris
*Attorneys for Defendant*
PacWest Bancorp

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

3

STIPULATION TO EXTEND TIME
CASE NO.  2:17-CV-04353 FMO (AJWX)

1         Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other

2    signatories listed, and on whose behalf this filing is submitted, concur in the filing's

3    content and have authorized the filing.

4

5                  By:   /s/

6                          Phillip R. Kaplan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

4