JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CU BANCORP, et al.,<br><br>Defendants. | Case No. CV 17-4353 FMO (AJWx)<br><br>**ORDER DISMISSING ACTION** |

Having reviewed the parties' Stipulation Concerning Plaintiff's Voluntary Dismissal of the Actions and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (Dkt. 35, "Stipulation"), IT IS ORDERED THAT:

1. Plaintiff's individual claims are dismissed with prejudice and the claims of the putative class members are dismissed without prejudice.

2. The court shall retain jurisdiction over the action for the sole purpose of adjudicating any claim for attorney's fees and expenses.

3. Any motion for attorney's fees and expenses shall be filed no later than **November 17, 2017**.

Dated this 21st day of September, 2017.

/s/
Fernando M. Olguin
United States District Judge